JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ADDINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>RICHARD SCUDDER, *et al.*,<br><br>                Defendants. | Case No. 2:26-cv-01045-FLA (PVCx)<br><br>**ORDER REMANDING ACTION** |

Plaintiffs Philip Addington ("Addington") and Xavier Nailing filed this action in the Los Angeles County Superior Court on July 16, 2024. Dkt. 1 at 11–18. On February 2, 2026, Addington removed the action to this court, alleging federal question jurisdiction. *Id.* at 1. Prior to the removal of the action, the Los Angeles County Superior Court had scheduled a hearing on Defendants Richard Scudder and Wells Fargo Bank, N.A.'s motion to declare Addington a vexatious litigant. *Id.* at 2.

Federal courts are courts of "limited jurisdiction," possessing "only that power authorized by [the] Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted); U.S. Const. art. III, § 2, cl. 1. District courts are presumed to lack jurisdiction unless the contrary appears affirmatively from the record.

*DaimlerChrysler Corp. v. Cuno*, 547 U.S. 332, 342 n. 3 (2006).  Additionally, federal courts have an obligation to examine jurisdiction *sua sponte* before proceeding to the merits of a case.  *See Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999).  This duty exists "even in the absence of a challenge from any party."  *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006).

A party not named as a defendant in the operative complaint is not authorized to remove an action.  *See* 28 U.S.C. § 1441(a); *Sharma v. HSI Asset Loan Obligation Tr. 2007-1 by Deutsche Bank Nat'l Tr. Co.*, 23 F.4th 1167, 1170 (9th Cir. 2022) ("Because no actual defendant removed this case, the district court should have remanded it to state court.").  As Addington, the plaintiff, is the party who removed this action, the court lacks jurisdiction.  Accordingly, the court hereby ORDERS as follows:

1.  The action is REMANDED to the Los Angeles County Superior Court, Case No. 24STCV17601.

2.  All dates and deadlines in the action are VACATED.

3.  The Clerk of the Court shall close the action administratively.

IT IS SO ORDERED.

Dated: February 24, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2